**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN  THE  UNITED  STATES  DISTRICT  COURT

9            FOR  THE  NORTHERN  DISTRICT  OF  CALIFORNIA

10

11  In re DEEP VEIN THROMBOSIS            MDL Docket No 04-1606 VRW
    LITIGATION
12                                                  ORDER

13  <u>This Document Relates To</u>:

14  Miller, et al v Continental
    Airlines, Inc, et al, No 02-1693
15
    Weppner v Air Canada, No 04-1704
16

17

18  _____/

19

20          There has been no docket activity for several months in

21  the above cases pending in MDL 04-1606.  The court held status

22  conferences for all cases remaining in this MDL on January 16,

23  2007, May 1, 2007 and June 26, 2007.  There were no appearances in

24  the above cases.

25  \\

26  \\

27  \\

28  \\

Accordingly, the court now orders the parties, on or before November 2, 2007, to submit status reports for these cases. If no such communication is received for a case, the case will be dismissed without prejudice.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

United States District Court
For the Northern District of California

**2**