IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates To:<br><br>Miller, et al v Continental Airlines, Inc, et al, No 02-1693<br><br>Weppner v Air Canada, No 04-1704<br><br>_____/ | MDL Docket No 04-1606 VRW<br><br>ORDER |

   On October 25, 2007, the court entered an order noting that there had been no docket activity for several months in the above cases pending in MDL 04-1606. Doc #707. The court ordered the parties to submit status reports on or before November 2, 2007 and gave notice that the court would dismiss without prejudice those cases for which no reports were received. Id.

   Plaintiff in Weppner v Air Canada, No 04-1704 submitted a statement of non-opposition to dismissal without prejudice. Doc #709. Defendant has not responded. Accordingly, 04-1704 will be

1  **DISMISSED WITHOUT PREJUDICE. The clerk is DIRECTED to close the**
2  **file and terminate all motions in 04-1704.**
3        The parties in <u>Miller, et al v Continental Airlines, Inc,</u>
4  <u>et al</u>**, No 02-1693 report that judgement was entered on August 21,**
5  **2006. Doc #233 in 02-1693. It appears that the case was never**
6  **closed administratively. Accordingly the clerk is DIRECTED to**
7  **close the file and terminate all motions 02-1693.**

11       SO ORDERED.

/s/ Vaughn R Walker

**VAUGHN R WALKER**

**United States District Chief Judge**

**United States District Court**
For the Northern District of California